487 F.2d 1330
 Michael KOZEMCHAK et al., Appellants,
v.
The UKRAINIAN ORTHODOX CHURCH OF AMERICA and the most
Reverend Bishop Andrei Kuschak, Ruling Bishop of
the Ukrainian Orthodox Church of
America, Appellees.
 No. 36, Docket 73-1425.
 United States Court of Appeals,
Second Circuit.
 Argued Nov. 26, 1973.
Decided Nov. 30, 1973.
 
 John F. Grimes, Staten Island, N. Y. (Connolly, Grimes & Cawse, Staten Island, N. Y., on the brief), for appellants.
 William P. McHale, Hempstead, N. Y. (Gehrig, Ritter, Coffey, McHale & McBride, Hempstead, N. Y., on the brief), for appellees.
 Before MOORE, HAYS and TIMBERS, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons given in the memorandum of the district court.